AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McConnell Jr, John J. | District of Rhode Island | 5/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer and Board Member | Crossroads RI |
| 2. Member | Marthas Vineyard Colonial Inn LLC |
| 3. Board Member | Institute for the Study & Practice of NonViolence |
| 4. Emeritus Board Member | Trinity Repertory Company |
| 5. Custodian | Alliance Capital 529 College Fund #2 |
| 6. Trustee | Family Trust #1 |
| 7. Board Member | Downtown Providence Parks Conservancy |
| 8. Chair, Selection Committee | Hassenfeld Family Foundation, RI Public Interest Service Fellowship |
| 9. Board Member | Federal Judges' Association |
| 10. Member | ▇▇▇▇ LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/30/2003 | Ness Motley, P.A. (n/k/a MRRM, P.A.) Employment and Compensation Agreement (see Section VIII for further details) |

| Name of Person Reporting | Date of Report |
|---|---|
| **McConnell Jr, John J.** | 5/15/2020 |

2. 5/13/2011      Assignment of Certain Rights in MRRM, P.A. (see Section VIII for further details)

3. 5/13/2011      Assignement of Membership Interests in Motely Rice LLC and Mutual Release (see Section VIII for further details)

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2019 | Deferred Compensation, MRRM PA | $2,456,716.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McConnell Jr, John J.** | 5/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McConnell Jr, John J.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. --Wells Fargo Money Fund | B | Interest | N | T | | | | | |
| 3. --3M Co | B | Dividend | | | Buy | 04/05/19 | L | | |
| 4. | | | | | Sold | 12/16/19 | L | | |
| 5. --Affiliated Managers Group | B | Dividend | | | Sold | 09/27/19 | M | | |
| 6. --Analog Devices Inc | B | Dividend | L | T | Buy | 04/15/19 | L | | |
| 7. --Apple Inc | C | Dividend | M | T | Sold (part) | 09/26/19 | K | E | |
| 8. --Applied Materials Inc | C | Dividend | N | T | | | | | |
| 9. --BlackRock Inc | A | Dividend | K | T | Buy | 09/27/19 | K | | |
| 10. --CBOE Holdings Inc | C | Dividend | M | T | | | | | |
| 11. --CME Group | D | Dividend | M | T | Sold (part) | 09/26/19 | L | E | |
| 12. --EFT Managers TR (formerly PureFunds ISE Cyber) | A | Dividend | L | T | | | | | |
| 13. --Fedex Corp | B | Dividend | L | T | | | | | |
| 14. --Fireeye Inc | | None | | | Sold | 06/03/19 | J | | |
| 15. --First Trust NYSE Arca Biotechnology Index Fund | | None | K | T | Sold (part) | 09/26/19 | J | B | |
| 16. --Global X | A | Dividend | K | T | Sold (part) | 09/26/19 | J | A | |
| 17. --Hologic Inc | | None | L | T | Buy (add'l) | 04/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McConnell Jr, John J.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/26/19 | K | B | |
| 19. --Illinois Tool Works Inc | B | Dividend | M | T | Buy | 02/19/19 | L | | |
| 20. --Intel Corp | C | Dividend | M | T | | | | | |
| 21. --Intuitive Surgical Inc | | None | K | T | Buy | 04/18/19 | K | | |
| 22. --Invesco Golden Dragon China ETF (formerly Powershares) | A | Dividend | L | T | Sold (part) | 09/26/19 | K | A | |
| 23. --Invesco Tr II | | None | L | T | | | | | |
| 24. --Invesco Ltd | A | Dividend | K | T | Buy | 09/27/19 | K | | |
| 25. --IQVIA Hldgs Inc | | None | M | T | | | | | |
| 26. --Ishares NASDAQ | A | Dividend | K | T | | | | | |
| 27. --Ishares TRMSCI Emerging Mkts Index Fd | B | Dividend | L | T | | | | | |
| 28. --Ishares TR Russell 2000 Index FD | C | Distribution | M | T | | | | | |
| 29. --Ishares Transportation Average ETF | B | Dividend | M | T | | | | | |
| 30. --Ishares US Broker Dealers | A | Dividend | K | T | | | | | |
| 31. --Johnson & Johnson | B | Dividend | L | T | | | | | |
| 32. --Lam Research Corp | A | Dividend | L | T | | | | | |
| 33. --Medpace Holdings Inc | | None | K | T | Buy | 11/26/19 | K | | |
| 34. --Morgan Stanley | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McConnell Jr, John J.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   --Qualcomm Inc | D | Dividend | N | T | | | | | |
| 36.   --Schwab Charles Corp New | B | Dividend | L | T | | | | | |
| 37.   --SPDR Gold Trust | | None | L | T | | | | | |
| 38.   --SPDR S&P Biotech ET | A | Dividend | M | T | Sold<br>(part) | 09/26/19 | K | E | |
| 39.   --SPDR S&P Midcap 400 Trust Series N | C | Dividend | N | T | | | | | |
| 40.   --SPDR S&P 500 Trust | D | Dividend | N | T | | | | | |
| 41.   --SPDR Ser Tr S&P 600 Small Cap | C | Dividend | M | T | | | | | |
| 42.   --SPDR S&P Semiconductor ETF | A | Dividend | M | T | | | | | |
| 43.   --Stryker Corp | B | Dividend | M | T | Sold<br>(part) | 09/26/19 | K | E | |
| 44.   --Thermo Fisher Scientific Inc | A | Dividend | M | T | | | | | |
| 45.   --Vanguard Mid Cap ETF | A | Dividend | K | T | | | | | |
| 46.   --Vanguard S&P 500 | C | Dividend | N | T | | | | | |
| 47.   --Wisdomtree Investments | A | Dividend | | | Sold | 09/27/19 | K | | |
| 48.   --Xilinx Inc | D | Dividend | O | T | | | | | |
| 49. | | | | | | | | | |
| 50.   Family Trust #1 (H) | | | | | | | | | |
| 51.   --Wells Fargo Money Fund | D | Interest | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  --3M Co | B | Dividend | | | Buy | 04/05/19 | L | | |
| 53. | | | | | Sold | 12/16/19 | L | | |
| 54.  --Affiliated Managers Group | B | Dividend | | | Sold | 09/27/19 | M | | |
| 55.  --Analog Devices Inc | B | Dividend | M | T | Buy | 04/15/19 | L | | |
| 56. | | | | | Buy<br>(add'l) | 07/02/19 | K | | |
| 57.  --Apple Inc | C | Dividend | M | T | Sold<br>(part) | 09/26/19 | K | E | |
| 58.  --Applied Materials Inc | C | Dividend | N | T | | | | | |
| 59.  --ASML Holding NV | A | Dividend | L | T | Buy | 07/02/19 | K | | |
| 60.  --BlackRock Inc | C | Dividend | M | T | Buy | 04/15/19 | M | | |
| 61. | | | | | Buy<br>(add'l) | 09/27/19 | K | | |
| 62.  --CBOE Holdings Inc | C | Dividend | M | T | | | | | |
| 63.  --CME Group | D | Dividend | M | T | Sold<br>(part) | 09/26/19 | L | E | |
| 64.  --EFT Managers TR (formerly PureFunds<br>ISE Cyber) | A | Dividend | L | T | | | | | |
| 65.  --Fedex Corp | B | Dividend | L | T | | | | | |
| 66.  --First Trust NYSE Arca Biotechnology<br>Index Fund | | None | K | T | Sold<br>(part) | 09/26/19 | J | B | |
| 67.  --GlobalX | A | Dividend | K | T | Sold<br>(part) | 09/26/19 | J | A | |
| 68.  --Hologic Inc | | None | M | T | Buy<br>(add'l) | 04/10/19 | K | | |

| 1 | Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McConnell Jr, John J.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  --Illinois Tool Works Inc | B | Dividend | M | T | Buy | 02/19/19 | L | | |
| 70.  --Integra LifeSciences Holdings Corp | | None | K | T | Buy | 07/02/19 | K | | |
| 71.  --Intel Corp | C | Dividend | M | T | | | | | |
| 72.  --Intuitive Surgical Inc | | None | L | T | Buy | 04/18/19 | K | | |
| 73. | | | | | Buy (add'l) | 07/02/19 | K | | |
| 74.  --Invesco Golden Dragon China (formerly Powershares) | A | Dividend | L | T | Sold (part) | 09/26/19 | K | A | |
| 75.  --Invesco Ltd | A | Dividend | K | T | Buy | 09/27/19 | K | | |
| 76.  --Invesco Small Cap Health Care | | None | L | T | Buy | 07/02/19 | K | | |
| 77.  --Invesco Tr II | A | Dividend | L | T | | | | | |
| 78.  --IQVIA Hldgs I(nc | | None | N | T | Buy (add'l) | 10/17/19 | L | | |
| 79.  --Ishares NASDAQ | A | Dividend | K | T | | | | | |
| 80.  --ISHRS Russell 2000 Index | C | Dividend | N | T | | | | | |
| 81.  --Ishares TR MSCI Emergin Mkts Index Fd | A | Dividend | K | T | | | | | |
| 82.  --Ishares Transportation Average ETF | B | Dividend | M | T | | | | | |
| 83.  --Ishares US Broker Dealers | A | Dividend | K | T | | | | | |
| 84.  --Johnson & Johnson | B | Dividend | L | T | | | | | |
| 85.  --Lam Research Corp | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McConnell Jr, John J.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Medpace Holdings Inc | | None | L | T | Buy | 07/02/19 | K | | |
| 87. --Morgan Stanley | B | Dividend | L | T | | | | | |
| 88. --Qualcomm Inc | D | Dividend | N | T | | | | | |
| 89. --Schwab Charles Corp New | B | Distribution | L | T | | | | | |
| 90. --SPDR Gold Trust | | None | L | T | | | | | |
| 91. --SPDR S&P 500 Trust | D | Dividend | N | T | | | | | |
| 92. --SPDR S&P Biotech | A | Dividend | M | T | Sold (part) | 09/26/19 | K | D | |
| 93. --SPDR S&P Midcap 400 | C | Dividend | N | T | | | | | |
| 94. --SPDR Ser Tr S&P 600 Small Cap | C | Dividend | M | T | | | | | |
| 95. --SPDR S&P Semiconductor ETF | A | Dividend | M | T | | | | | |
| 96. --Stryker | B | Dividend | M | T | Sold (part) | 09/26/19 | K | E | |
| 97. --Thermo Fisher Scientific Inc | A | Dividend | M | T | | | | | |
| 98. --Vanguard Mid Cap ETF | A | Dividend | K | T | | | | | |
| 99. --Vanguard S&P 500 ETF | D | Dividend | N | T | | | | | |
| 100. --Wisdomtree Investments | A | Dividend | | | Sold | 09/27/19 | K | | |
| 101. --Xilinx Inc | D | Dividend | N | T | | | | | |
| 102. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. IRA #1 (H) | | | | | | | | | |
| 104. --Wells Fargo Cash | A | Interest | K | T | | | | | |
| 105. --Affiliated Managers Group | A | Dividend | | | Sold | 09/27/19 | J | | |
| 106. --Analog Devices | A | Dividend | J | T | Buy | 04/15/19 | J | | |
| 107. --Apple Inc | A | Dividend | J | T | Sold<br>(part) | 09/26/19 | J | B | |
| 108. --Applied Materials Inc | A | Dividend | J | T | | | | | |
| 109. --BlackRock Inc | A | Dividend | J | T | Buy | 04/15/19 | J | | |
| 110. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 111. --CBOE Holdings Inc | A | Dividend | J | T | | | | | |
| 112. --Celgene Corp | | None | | | Sold | 09/26/19 | J | | |
| 113. --CME Group | A | Dividend | J | T | Sold<br>(part) | 09/26/19 | J | A | |
| 114. --Danaher Corp | A | Dividend | J | T | Sold<br>(part) | 09/26/19 | J | A | |
| 115. --Fedex Corp | A | Dividend | J | T | | | | | |
| 116. --Global X Funds ET | A | Dividend | J | T | Sold<br>(part) | 09/26/19 | J | A | |
| 117. --Hologic Inc | | None | J | T | | | | | |
| 118. --Illinois Tool Works Inc | A | Dividend | J | T | Buy | 02/19/19 | J | | |
| 119. --Intel Corp | A | Dividend | J | T | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **McConnell Jr, John J.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. --Invesco Golden Dragon China (formerly Powershares) | A | Dividend | J | T | Sold (part) | 09/26/19 | J | A | |
| 121. --Invesco Ltd | A | Dividend | J | T | Buy | 09/27/19 | J | | |
| 122. --Invesco S&P 500 Equal Wghtd Index Fd (formerly Guggenheim) | A | Dividend | J | T | | | | | |
| 123. --IQVIA Hldgs Inc | | None | J | T | | | | | |
| 124. --Ishares Core MSCI Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 125. --Ishares Russell Microcap Index Fund | A | Dividend | J | T | | | | | |
| 126. --Ishares NASDAQ Biotech | A | Dividend | J | T | | | | | |
| 127. --iShares Transportation Average ETF | A | Dividend | J | T | | | | | |
| 128. --Ishares US Broker Dealers | A | Dividend | J | T | | | | | |
| 129. --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 130. --Lam Research Corp | A | Dividend | J | T | | | | | |
| 131. --Medpace Holdings Inc | | None | J | T | Buy | 11/26/19 | J | | |
| 132. --Morgan Stanley | A | Dividend | J | T | | | | | |
| 133. --Qualcomm Inc | A | Dividend | J | T | | | | | |
| 134. --SPDR S&P Biotech | A | Dividend | J | T | Sold (part) | 09/26/19 | J | A | |
| 135. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 136. --Stryker | A | Dividend | J | T | Sold (part) | 09/26/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McConnell Jr, John J.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  --Thermo Fisher Scientific Inc | A | Dividend | J | T | | | | | |
| 138.  --Vanguard Mid Cap | A | Dividend | J | T | | | | | |
| 139.  --Vanguard MSCI ETF Emerging | A | Dividend | J | T | | | | | |
| 140.  --Vanguard Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 141.  --Vanguard Russell 2000 Value | | None | | | Sold | 04/15/19 | J | C | |
| 142.  --Vanguard S&P 500 | A | Dividend | J | T | | | | | |
| 143.  --Walmart | A | Dividend | J | T | | | | | |
| 144.  --Wisdomtree Investments | | None | | | Sold | 09/30/19 | J | | |
| 145. | | | | | | | | | |
| 146.  IRA #2 (H) | | | | | | | | | |
| 147.  --Wells Fargo Money Fund | A | Interest | K | T | | | | | |
| 148.  --Affiliated Managers Group | A | Dividend | | | Sold | 09/27/19 | J | | |
| 149.  --Analog Devices | A | Dividend | J | T | Buy | 04/15/19 | J | | |
| 150.  --Apple Inc | A | Dividend | J | T | Sold<br>(part) | 09/26/19 | J | B | |
| 151.  --Applied Materials | A | Dividend | J | T | | | | | |
| 152.  --BlackRock Inc | A | Dividend | J | T | Buy | 04/15/19 | J | | |
| 153. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McConnell Jr, John J.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154.  --CBOE Holdings Inc | A | Dividend | J | T | | | | | |
| 155.  --Celgene Corp | | None | | | Sold | 09/26/19 | J | | |
| 156.  --CME Group | A | Dividend | J | T | Sold (part) | 09/26/19 | J | B | |
| 157.  --Danaher Corp | A | Dividend | J | T | Sold (part) | 09/26/19 | J | A | |
| 158.  --Fedex Corp | A | Dividend | J | T | | | | | |
| 159.  --Global X | A | Dividend | J | T | Sold (part) | 09/26/19 | J | A | |
| 160.  --Hologic inc | | None | J | T | | | | | |
| 161.  --Illinois Tool Works Inc | A | Dividend | J | T | Buy | 02/19/19 | J | | |
| 162.  --Intel Corp | A | Dividend | J | T | | | | | |
| 163.  --Invesco Golden Dragon China (formerly Powershares) | A | Dividend | J | T | Sold (part) | 09/26/19 | J | A | |
| 164.  --Invesco Ltd | A | Dividend | J | T | Buy | 09/27/19 | J | | |
| 165.  --Invesco TR S&P 500 Equal Weight (formerly Guggenheim) | A | Dividend | J | T | | | | | |
| 166.  --IQVIA Hldgs Inc | | None | J | T | | | | | |
| 167.  --Ishares Core MSCI Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 168.  --Ishares NASDAQ | A | Dividend | J | T | | | | | |
| 169.  --Ishares Russell Microcap Index Fund | A | Dividend | J | T | | | | | |
| 170.  --Ishares Transportation Average ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  --Ishares US Brokers Dealers | A | Dividend | J | T | | | | | |
| 172.  --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 173.  --Lam Research Corp | A | Dividend | J | T | | | | | |
| 174.  --Medpace Holdings Inc | | None | J | T | Buy | 11/26/19 | J | | |
| 175.  --Morgan Stanley | A | Dividend | J | T | | | | | |
| 176.  --Qualcomm Inc | A | Dividend | J | T | | | | | |
| 177.  --SPDR S&P Biotech | A | Dividend | J | T | Sold (part) | 09/26/19 | J | A | |
| 178.  --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 179.  --Stryker Corp | A | Dividend | J | T | Sold (part) | 09/26/19 | J | A | |
| 180.  --Thermo Fisher Scientific | A | Dividend | J | T | | | | | |
| 181.  --Vanguard Mid Cap | A | Dividend | J | T | | | | | |
| 182.  --Vanguard MSCI EAFE | A | Dividend | J | T | | | | | |
| 183.  --Vanguard Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 184.  --Vanguard Russell 2000 Value | A | Dividend | | | Sold | 04/15/19 | J | C | |
| 185.  --Vanguard S&P 500 | A | Dividend | J | T | | | | | |
| 186.  --Walmart | A | Dividend | J | T | | | | | |
| 187.  --Wisdomtree Investments | A | Dividend | | | Sold | 09/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | | | | | |
| 189.　IRA #3 (H) | | | | | | | | | |
| 190.　--Wells Fargo Money Fund | A | Interest | N | T | | | | | |
| 191.　--3M Co | A | Dividend | | | Buy | 04/05/19 | K | | |
| 192. | | | | | Sold | 12/23/19 | K | | |
| 193.　--Affiliated Managers Group | A | Dividend | | | Sold | 09/27/19 | K | | |
| 194.　--Analog Devices | A | Dividend | K | T | Buy | 04/15/19 | K | | |
| 195.　--Apple Inc | B | Dividend | M | T | Sold<br>(part) | 08/30/19 | L | E | |
| 196. | | | | | Sold<br>(part) | 09/26/19 | K | E | |
| 197.　--Applied Materials Inc | A | Dividend | L | T | | | | | |
| 198.　--BlackRock Inc | A | Dividend | K | T | Buy | 04/15/19 | K | | |
| 199. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 200.　--CBOE Holdings Inc | A | Dividend | L | T | | | | | |
| 201.　--CME Group | B | Dividend | L | T | Sold<br>(part) | 09/26/19 | K | E | |
| 202.　--EFT Managers Tr | A | Dividend | | | Sold | 08/30/19 | K | C | |
| 203.　--Fedex Corp | A | Dividend | K | T | | | | | |
| 204.　--Global X | A | Dividend | K | T | Sold<br>(part) | 09/26/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. --Hologic Inc | | None | K | T | Sold (part) | 08/30/19 | K | B | |
| 206. --Illinois Tool Works Inc | A | Dividend | K | T | Buy | 02/19/19 | K | | |
| 207. --Intel Corp | B | Dividend | L | T | | | | | |
| 208. --Intuitive Surgical Inc | | None | J | T | Buy | 04/18/19 | J | | |
| 209. --Invesco Golden Dragon China (formerly Powershares) | A | Dividend | K | T | Sold (part) | 09/26/19 | J | A | |
| 210. --Invesco Ltd | A | Dividend | J | T | Buy | 09/27/19 | J | | |
| 211. --Invesco Small Cap Health Care | | None | K | T | | | | | |
| 212. --Invesco TR S&P 500 Equal Weight (formerly Guggenheim) | B | Dividend | M | T | Sold (part) | 08/30/19 | K | E | |
| 213. --IQVIA Hldgs Inc | | None | L | T | Buy (add'l) | 10/30/19 | K | | |
| 214. --iShares Transportation Average ETF | A | Dividend | L | T | | | | | |
| 215. --Johnson & Johnson | B | Dividend | K | T | | | | | |
| 216. --Lam Research Corp | A | Dividend | L | T | | | | | |
| 217. --Medpace Holdings Inc | | None | K | T | Buy | 11/26/19 | K | | |
| 218. --Morgan Stanley | B | Dividend | L | T | | | | | |
| 219. --Qualcomm Inc | B | Dividend | L | T | | | | | |
| 220. --SPDR S&P Bank ETF | A | Dividend | K | T | | | | | |
| 221. --SPDR S&P Biotech ET | A | Dividend | L | T | Sold (part) | 08/30/19 | K | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McConnell Jr, John J.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold<br>(part) | 09/26/19 | K | D | |
| 223. --SPDR S&P Semiconductor ETF | A | Dividend | L | T | | | | | |
| 224. --Stryker Corp | A | Dividend | L | T | Sold<br>(part) | 09/26/19 | K | D | |
| 225. --Thermo Fisher Scientific | A | Dividend | M | T | Buy<br>(add'l) | 08/30/19 | K | | |
| 226. --Vanguard MSCI Emerging Markets | B | Dividend | K | T | | | | | |
| 227. --Vanguard Russell 2000 Growth | A | Dividend | M | T | Sold<br>(part) | 08/30/19 | K | E | |
| 228. --Vanguard Russel 2000 Value | B | Dividend | M | T | | | | | |
| 229. --Vanguard S&P 500 | C | Dividend | M | T | Sold<br>(part) | 08/30/19 | K | E | |
| 230. --Wisdomtree Investments | A | Dividend | | | Sold | 09/30/19 | J | | |
| 231. --WisdomTree Floating Rate Treasury Fund | A | Interest | M | T | Buy | 08/30/19 | M | | |
| 232. --Xilinx Inc | A | Dividend | L | T | | | | | |
| 233. | | | | | | | | | |
| 234. Amex Savings | D | Interest | O | T | | | | | |
| 235. Bank RI Accounts #1 | A | Interest | J | T | | | | | |
| 236. Bank RI Accounts #2 | A | Interest | L | T | | | | | |
| 237. Bank RI Accounts #3 | A | Interest | K | T | | | | | |
| 238. USAA Accounts #1 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. Alliance Capital 529 College Fund #2 (H) | | | | | | | | | |
| 241. --CBF Portfolio 1996-98 ALT RA | A | Int./Div. | K | T | | | | | |
| 242. | | | | | | | | | |
| 243. Catalist LLC | A | Interest | K | U | | | | | |
| 244. DSF Capital Partners IV LP | A | Distribution | | | Distributed | 11/15/19 | J | | |
| 245. | | | | | | | | | |
| 246. MetLife Universal Life | | None | N | T | | | | | |
| 247. Sun Life Universal Life #1 | | None | O | T | | | | | |
| 248. Sun Life Universal Life #2 | | None | O | T | | | | | |
| 249. Sun Life Universal Life #3 | | None | O | T | | | | | |
| 250. | | | | | | | | | |
| 251. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 252. | | | | | | | | | |
| 253. Martha's Vineyard Colonial Inn LLC | F | Distribution | P1 | U | | | | | |
| 254. | | | | | | | | | |
| 255. ▓▓▓▓ LLC, Edgartown, MA (X) | A | Rent | J | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McConnell Jr, John J.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |
| 257. Brokerage # 2 (H) | | | | | | | | | |
| 258. --Ameritrade Insured Deposit Account | A | Interest | K | T | | | | | |
| 259. --Activision Blizzard Inc | | None | J | T | Buy | 05/29/19 | J | | |
| 260. --Amazon.com Inc | | None | K | T | Buy (add'l) | 05/01/19 | J | | |
| 261. --Annaly Capital Management Inc | B | Dividend | K | T | Buy (add'l) | 05/13/19 | J | | |
| 262. | | | | | Buy (add'l) | 05/17/19 | J | | |
| 263. --AT&T Corp NFSC | A | Dividend | J | T | | | | | |
| 264. --Cardinal Health Inc | A | Dividend | J | T | Sold (part) | 04/12/19 | J | | |
| 265. --Coca Cola | A | Dividend | J | T | | | | | |
| 266. --Electronic Arts Inc | | None | J | T | Buy | 05/29/19 | J | | |
| 267. --Exelon Corp | A | Dividend | J | T | | | | | |
| 268. --Exxon Mobil | A | Dividend | J | T | Buy (add'l) | 05/13/19 | J | | |
| 269. --Facebook Inc | | None | | | Sold (part) | 03/27/19 | J | | |
| 270. | | | | | Sold (part) | 04/02/19 | J | | |
| 271. | | | | | Sold | 04/04/19 | J | A | |
| 272. --Ford Motor Co | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  --General Mills Inc | A | Dividend | J | T | Sold (part) | 02/25/19 | J | | |
| 274.  --Intel Corp | A | Dividend | J | T | Sold (part) | 04/03/19 | J | A | |
| 275.  --iShares Core S&P 500 ETF | A | Dividend | K | T | Sold (part) | 02/25/19 | J | A | |
| 276. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 277. | | | | | Sold (part) | 05/29/19 | J | B | |
| 278.  --JPMorgan Chase & Co | A | Dividend | | | Sold (part) | 04/11/19 | J | B | |
| 279. | | | | | Sold (part) | 04/12/19 | J | B | |
| 280. | | | | | Sold | 04/12/19 | J | A | |
| 281.  --Kinder Morgan Inc | A | Dividend | J | T | | | | | |
| 282.  --Microsoft Corp | A | Dividend | J | T | Sold (part) | 02/25/19 | J | A | |
| 283.  --New York Community Bancorp Inc | A | Dividend | J | T | | | | | |
| 284.  --Pfizer Inc | A | Dividend | K | T | Sold (part) | 02/25/19 | J | B | |
| 285. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 286. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 287.  --Procter&Gamble | A | Dividend | J | T | | | | | |
| 288.  --Norton Life Lock formerly Symantec Corp | A | Dividend | J | T | | | | | |
| 289.  --Take-Two Interactive Software Inc | | None | J | T | Buy | 05/29/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McConnell Jr, John J.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  --Verizon | A | Dividend | J | T | | | | | |
| 291.  --Waste Management Inc | A | Dividend | J | T | | | | | |
| 292. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McConnell Jr, John J.** | 5/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II Agreements

A)  Ness Motley, P.A. Employment and Compensation Agreement, dated January 30, 2003 by and between Ness Motley, P.A. (f/k/a Ness, Motley, Loadholt, Richardson & Poole, Professional Association) and its attorney signatories, setting forth the disbursement of net income received by the firm as compensation for services previously rendered.

B)  Assignment of Certain Rights in MRRM, P.A., dated May 13, 2011 by and between MRRM, PA and John J. McConnell, Jr. setting forth the assignment of and payment for Other Rights not covered under the January 30, 2003 agreement above.

C)  Assignment of Membership Interests in Motley Rice LLC and Mutual Release, dated May 13, 2011 by and between John J. McConnell, Jr and Motley Rice LLC setting forth the assignment of and payment for membership interests and mututal release of certain liaibilities upon resignation of employment by John J. McConnell, Jr.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ John J. McConnell Jr**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544